# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Cary Jurgens, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING STIPULATION TO AMEND COMPLAINT** |
| | ) | |
| vs. | ) | |
| | ) | |
| BNSF Railway Company, | ) | |
| a corporation, | ) | Case No. 1:17-cv-179 |
| | ) | |
| Defendant. | ) | |

Before the court is the parties' Stipulation to Amend Complaint. The court **ADOPTS** the parties' stipulation (Doc. No. 42). Plaintiffs' claims asserting violations of the Locomotive Inspection Act, Safety Appliance Act, and violations of state law and regulations are deemed withdrawn.

**IT IS SO ORDERED.**

Dated this 5th day of March, 2019.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court