IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

CARY JURGENS                                                                  PLAINTIFF

VS.                                    1:17-CV-00179-BRW

BNSF RAILWAY COMPANY                                              DEFENDANT

## VERDICT FORM

We, the jury in this case, find the following answers to the following questions:

1. Was Defendant negligent with respect to the incident on August 7, 2017?

    YES __X__        NO _____

    Note: If you answered Question 1 "yes," proceed to Question 2. If you answered "no," proceed to Question 6.

2. Was this negligence a cause, in whole or in part, of Plaintiff's injuries?

    YES __X__        NO _____

    Note: If you answered Question 2 "yes," proceed to Question 3. If you answered "no," proceed to Question 6.

3. Was Plaintiff negligent with respect to the incident on August 7, 2017?

    YES __X__        NO _____

    Note: If you answered Question 3 "yes," proceed to Question 4. If you answered "no," proceed to Question 6.

4. Was this negligence a cause, in whole or in part, of Plaintiff's injuries?

    YES _____        NO __X__

    Note: If you answered Question 4 "yes," proceed to Question 5. If you answered "no," proceed to Question 6.

18

5. Taking the negligence between both parties to be 100%, what percentage do you attribute to:

BNSF Railway _____%

Cary Jurgens _____%

Total            100 %

6. Did Defendant violate Chapter 49 of the Code of Federal Regulations, Section 213.37(c)?

YES __X__   NO _____

Note: If you answered Question 6 "yes," proceed to Question 7. If you answered "no," proceed to Question 8.

7. Was this violation a cause, in whole or in part, of Plaintiff's injuries?

YES __X__   NO _____

8. If you found for Plaintiff on either of his claims, what amount of money, if any, will reasonably compensate him for damages resulting from the August 7, 2017 incident for:

a. Past and Future Lost Wages       $ 485,845

b. Non-economic damages (pain and suffering)   $ 75,000

_Angie Monson_
Presiding Juror

6/21/19
Dated

19